**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-1880

JACQUELINE R. HUMPHRIES,

Plaintiff - Appellant,

v.

PRINCE GEORGES COUNTY, MARYLAND, Department of Social Services & Foster Care Services; GLORIA BROWN, DSS Director; MARSHALL CUPE, Bureau Chief for Foster Care; DARQUITA FLETCHER, Bureau Chief; STEPHEN LIGGETT-CREEL, DSS; CARMEN PHELPS, DSS Supervisor; DANIELLE CLARKE, CPS Investigator; VALERIE HEATH, CPS Investigator; ALYSON BECKER, Forensic Specialist; ALEXIS BOOKER, DSS Supervisor; ROBIN ADAMS, DSS Supervisor; THOMAS WEIMER, DSS Supervisor; RUBY NELSON, CAC Director; ANGELA ALSOBROOKS, County Executive; KAREN L. SMITH, Esq., Prince George's County Law Offices; RHONDA L. WEAVER, Esq., PG County Attorney; KENDAL WYLIE OUGH, Psy.D, Morgan Holdings Group, LLC; DR. MONICA GOLDSON, CEO Prince George's County Board of Education; LYNETTE WALKER, Principal, Bradbury Heights Elementary School; MONICA CAMPBELL, Owner, SKC Early Education Centers; SHEILA W. LONG, Esq., PG County; PAMELA C. ORTIZ, Director, Prince George's County Circuit Court; CORLIS ESTREP, Admin Asst. (Individual Capacity); DOMINIQUE DAVIS; RONALD F. DAVIS; JERRY MILNER, Associate Commissioner; TINA NAUGLER, Regional Program Manager; SANDRA BARNES, DHS Attorney,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. George Jarrod Hazel, District Judge.  (8:20-cv-02819-GJH)

Submitted:  June 28, 2022                              Decided:  August 9, 2022

2

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Remanded by unpublished per curiam opinion.

_____

Jacqueline R. Humphries, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jacqueline Humphries seeks to appeal the district court's order dismissing without prejudice her amended civil complaint. In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on June 9, 2021. Humphries filed her notice of appeal more than two months later, on August 11, 2021. However, in her notice of appeal, Humphries asserted that she did not receive notice of the court's order until "days" before filing her notice. Based on this claim, we construe Humphries' notice of appeal as a Rule 4(a)(6) motion to reopen the appeal period, and we remand to the district court for the limited purpose of determining whether reopening the appeal period is warranted. The record, as supplemented, will then be returned to this court for further consideration.

*REMANDED*

3